UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| In Re:<br><br>Robert W. Campbell<br>Emily P. Campbell<br>           Debtors, | : <br>: Chapter 13<br>: Case No. 23-11293-MDC<br>:<br>:<br>: |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br><br>           Movant,<br>v.<br><br>Robert W. Campbell<br>Emily P. Campbell<br>           Debtors,<br>    and<br><br>Kenneth E. West, Esquire<br>           Trustee,<br><br>           Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>: Hearing: September 19, 2023 at 10:30 a.m.<br>: Courtroom # 2<br>:<br>:<br>:<br>:<br>:<br>: 11 U.S.C. §362(d)<br>:<br>: |

**MOTION OF US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST FOR RELIEF FROM THE AUTOMATIC STAY AS TO CERTAIN REALTY KNOWN AS 853 HILTON AVE., FEASTERVILLE, PA 19053**

1. I, _MARSHA PHILIPS_, am a _CASE MANAGER_ for NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust (hereinafter "Movant") have full knowledge of the above-captioned matter and I am fully qualified and authorized to make the following Certification in support of the within relief application on behalf of the Movant. This certification is based on the loan payment records of NewRez LLC d/b/a Shellpoint Mortgage Servicing as

servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust. These records are regularly maintained in the regular course of business and it is the regular practice to make and maintain these records. These records reflect the loan payments are noted in the records at the time of receipt by persons who regular duties include recording this information. I maintain these records and regularly use and rely upon them in the performance of my duties.

2. Movant is US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust (hereinafter "Movant"), and is the proper party in interest.

3. US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust reserves the right to foreclose.

4. On September 21, 2005, Robert W. Campbell and Emily P. Campbell (hereafter "Debtors") executed a Note and Mortgage against the property known 853 Hilton Ave., Feasterville, PA 19053 in which Debtors are the title holders.

5. Said mortgage was assigned to the Movant on February 28, 2022, and said assignment of mortgage was recorded with Bucks County on March 24, 2022, and is a matter of public record. (Please see Exhibit A.)

6. Debtors' Chapter 13 petition was filed on May 2, 2023.

7. The Debtors' pending Chapter 13 Plan provides for the Debtors to cure arrears through the plan and to make post-petition payments directly to Movant.

8. The pre-petition arrears as listed in Movant's claim are $59,638.34.

9. Since the filing of the bankruptcy case, the Debtors should have made three (3) mortgage payments outside the plan, June 1, 2023 to August 1, 2023.

10. Since May 2, 2023, the Debtors have not made any payments to Movant.

11. To be current post-petition, the Debtors should have made the following payments:

    - Three (3) payments of $1,232.54 for June 1, 2023 to August 1, 2023

12. The following is a summary of the debtors' post-petition payment history:

| Payment amount | Payment Due Date | Payment Made | Date Payment Made |
|---|---|---|---|
| $1,232.54 | 6/01/2023 | ---------- | ---------- |
| $1,232.54 | 7/01/2023 | ---------- | ---------- |
| $1,232.54 | 8/01/2023 | ---------- | ---------- |
| Total: $3,697.62 |  | $0.00 |  |

13. Debtors have paid $0.00 in post-petition mortgage payments.

14. The post-petition arrears are **$3,697.62**.

15. The Debtors' Chapter 13 Plan provides, in part, that the Debtor shall pay directly to creditor monthly obligations falling due after the bankruptcy filing in accordance with the parties' contract.

16. The Debtors are in default with Plan.

17. As of August 9, 2023, the unpaid principal balance is $185,291.90.

18. Pursuant to the foregoing, Movant contends that cause exists to grant it relief from the Automatic Stay. Accordingly, Movant is entitled to relief from the automatic stay under 11 *U.S.C.* §362(d)(1).

19. Movant has cause to have relief from the Automatic Stay effective immediately and such relief should not be subject to the fourteen day period set forth in Bankruptcy

Rule 4001(a)(3), as Movant will incur substantial additional costs and expenses by the imposition of said fourteen day period.

19. In the event this Court should grant the relief requested, Movant should be relieved of the filing and notice requirements of FRBP 3002.1(b & c) as the mortgage claim would then be under the control of the Mortgagor.

20. In addition, reasonable attorney fees and court filing costs will be incurred by Movant for representation in this matter.

21. The other Respondent is the Chapter 13 Trustee appointed in the above-captioned chapter 13 proceeding.

WHEREFORE, Movant respectfully requests that the Court enter an Order which grants it relief from the Automatic Stay, along with all other relief the Court deems just and equitable under the circumstances.

I CERTIFY under penalty of perjury that the foregoing is true and correct.

Executed on _24 AUGUST 2023_

Respectfully submitted,

BY: _[signature]_